**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

**United States District Court**
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 2 3 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

United States of America

v.

Syed Haris Ahmed
**Agent to Arrest**

No. **1:06 CR 147 -**

### PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_____
Robert C. I. McBurney
Assistant United States Attorney

Filed In Clerk's Office, this _____

of _____, 20_____

_____
Clerk

By _____
Deputy Clerk

**ISSUED AND DELIVERED TO U.S. MARSHALL**
3/23/06
BY: _____ DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94