```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:06-CR-147-CC |
| SYED HARIS AHMED and | : | |
| EHSANUL ISLAM SADEQUEE | : | (SUPERSEDING) |

**MEMORANDUM OF UNDERSTANDING**
**REGARDING RECEIPT OF CLASSIFIED INFORMATION**

I understand that I may be the recipient of documents and information that concern the present and future security of the United States and belong to the United States, and that such documents and information, together with the sources and methods of collecting and generating them, are classified by the United States Government. In consideration for the disclosure of classified documents and information:

1. I agree that I shall never divulge, publish, reveal or otherwise disseminate by word, conduct or any other means, such classified documents and information unless I am (a) specifically authorized in writing to do so by a properly authorized representative of the United States Government, or (b) expressly authorized by the Court pursuant to the Classified Information Procedures Act (18 U.S.C. App. III) and the Protective Order entered in this case.

2. I agree that this Memorandum and any other non-disclosure agreement signed by me will remain forever binding on me.

3. I have received and read a copy of the Protective Order relating to classified information entered by the Court in this case. I understand the Protective Order and I agree to comply with all of its provisions.

_____
Signature

_____
Date

_____
Witness

_____
Date