IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   1:06-CR-147-01 (WSD[1]) |
| | ) |
| | ) |
| SYED HARIS AHMED | ) |
| _____ | ) |

### PETITION TO MODIFY CONDITION OF SUPERVISED RELEASE

Comes now, SYED HARIS AHMED, by and through the undersigned counsel, pursuant to Title 18 USC § 3583(e)(1) and § 3563(c), and petitions this Honorable Court to modify a condition of his supervised release to allow him reasonable access to the Internet.  In support of this petition, Mr. Ahmed shows as follows:

1) On the 15th day of December, 2009, the Honorable William S. Duffey, Jr., sentenced SYED HARIS AHMED to serve 13 years in BOP custody for the offense of conspiracy to provide material support to terrorists.  The Court fixed the period of supervision at 30 years and imposed the general terms and conditions theretofore adopted by the Court, and also imposed special conditions and terms

---

[1]This case will need to be re-assigned as Judge Duffey has retired.

including the following:

> The defendant shall not possess or use any device of any kind, including but not limited to a computer, Blackberry, I-Phone, Internet-enabled television or other device capable of accessing the Internet. The defendant may possess one computer, provided that computer is disabled from accessing the Internet.

(Doc. 620).


2)  On the 2nd day of May, 2010, upon joint motion from the government[2] and the Defendant, Judge Duffey amended the judgement and commitment order to include the following terms:

> The defendant **shall not possess or use** at any location, including at a public or private facility or defendant's place of employment, **a computer, cellular telephone, or any device with the capacity to access the internet or any internet-like service without first receiving approval from the defendant's probation officer and the Court.** Access to the internet or any internet-like services shall include the restriction against access to electronic bulletin board systems, e-mail systems, or any public or private computer network systems. The defendant shall permit routine inspection of his computer system or any other computer system maintained at the defendant's residence or place of employment. The inspection shall not be limited in any way and shall include an inspection of computer or other electronic device hard drives and any media storage materials or devices. The inspection shall be no more intrusive than is necessary to ensure compliance with the defendant's conditions of supervision. The defendant shall inform his employer, or other third party who may be impacted by this condition, of this computer-

---

[2] By then-AUSA Robert McBurney, and prior defense counsel, Jack Martin.

related restriction and the computer inspection provisions of the condition.

(Doc. 651).

3) SYED HARIS AHMED began serving his supervised release on or about July 17, 2017. He has been supervised by the United States Probation Office in the Northern District of Georgia for almost 25 months. His Probation Officer is DAVE CRUMLEY, who supervises out of the Gainesville Office.

4) Counsel has contacted Mr. Ahmed's United States Probation Officer, Mr. Crumley. Mr. Ahmed has complied successfully with the terms, conditions and requirements of his supervision. He has tested negative on all drug tests. There have been no violations of his supervision.

5) Title 18 USC § 3583(e)(1) allows the Court to modify conditions of supervised release, in accordance with the Federal Rules of Criminal Procedure relating to the modification of probation, if the Court is satisfied such action is warranted by the conduct of the defendant and in the interest of justice. *Id.*

6) Since his release from custody, Mr. Ahmed has maintained compliance on all probation conditions. He has maintained a stable residence with his parents in Dawsonville, Georgia, and has been gainfully employed throughout his supervision. There have not been any new arrests or violations.

7) Mr. Ahmed is engaged[3] to be married. He has the support of his parents as well as of his former BOP Chaplain, who has written a letter of support. (Once this case is assigned to a new district judge, the Defendant will supplement this petition with additional information, including good-character letters and certificates.) Mr. Ahmed has completed a program in Non-Violence and Peace Studies. He also has written a children's book.

8) Mr. Ahmed is currently employed at Office Depot. He is enrolled as a student in the Psychology Program at Georgia State University-Perimeter Campus, and also enrolled in the Medical Assistant Program at Lanier Technical College. Given the modern demands of work, school, and frankly - life, the total restriction on Mr. Ahmed's use of the Internet is unduly burdensome, if not crippling.

---

[3] In keeping with his faith, Mr. Ahmed and his fiancé have had a Nikah (contract) ceremony.

WHEREBY, SYED HARIS AHMED respectfully requests that his conditions of supervised release be modified to allow him reasonable access to the Internet.  A hearing or conference on this matter may be required.

Dated:  This 9th day of August, 2019.

Respectfully submitted,

*s/ L. Burton Finlayson*

_____
L. BURTON FINLAYSON
Attorney for SYED HARIS AHMED
Georgia Bar Number: 261460

LAW OFFICE OF
L. BURTON FINLAYSON, LLC
931 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306
(404) 872-0560
lbfcourts@aol.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing Petition to Modify with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to the following:

>Ms. Katherine Hoffer
>Assistant United States Attorney
>600 Richard B. Russell Building
>75 Ted Turner Drive, S.W.
>Atlanta, Georgia  30303.

DATED:  This 9th day of August, 2019.

*s/ L. Burton Finlayson*

_____
L. BURTON FINLAYSON
ATTORNEY FOR SYED HARIS AHMED
State Bar Number: 261460