IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:06-CR-147-WSD |
| SYED HARIS AHMED | : | |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

The parties having jointly petitioned this Court to modify the condition of Defendant Ahmed's supervised release prohibiting his use of any internet-connected devices, and the Court having considered the positions of the parties, the interests of the public, and the need for rehabilitation during Defendant Ahmed's 30-year term of supervised release, the Court hereby ORDERS that the conditions of Defendant Ahmed's supervised release be modified as set forth below.

The final paragraph of page three of Defendant's Judgment and Commitment Order (Doc 620) shall be stricken and replaced with the following language:

> The defendant shall not possess or use at any location, including at a public or private facility or defendant's place of employment, a computer, cellular telephone, or any device with the capacity to access the internet or any internet-like service without first receiving approval from the defendant's probation officer and the Court. Access to the internet or any internet-like services shall include the restriction against access to electronic bulletin board systems, e-mail systems, or any public or private computer network systems. The defendant shall permit routine inspection of his computer system or any other computer system maintained at the defendant's residence or place of employment. The

inspection shall not be limited in any way and shall include an inspection of computer or other electronic device hard drives and any media storage materials or devices. The inspection shall be no more intrusive than is necessary to ensure compliance with the defendant's conditions of supervision. The defendant shall inform his employer, or other third party who may be impacted by this condition, of this computer-related restriction and the computer inspection provisions of the condition.

All other terms and conditions of Defendant Ahmed's supervised release remain unchanged.

An amended Judgment and Commitment Order will be issued shortly reflecting this change.

SO ORDERED this 21st day of April, 2011.

                                            WILLIAM S. DUFFEY, JR.
                                            UNITED STATES DISTRICT JUDGE

Presented by
/s/Robert C.I. McBurney, AUSA